UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CARLILE TRANSPORTATION ) <br> SYSTEMS, LLC ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:20-cv-06042 <br><br> CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Puget Soundkeeper Alliance, certifies that Puget Soundkeeper Alliance, as of this date, is a nongovernmental corporate party without a parent corporation and that no publicly held corporation holds 10% or more of the organization's stock.

RESPECTFULLY SUBMITTED this 22nd day of October, 2020.

Smith & Lowney, pllc

By: *s/Alyssa Englebrecht*
*s/Richard Smith*
*s/Savannah Rose*
Alyssa Englebrecht, WSBA #46773
Richard Smith, WSBA #21788
Savannah Rose, WSBA #57062
Attorneys for Plaintiff

CORPORATE DISCLOSURE STATEMENT - 1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2124
Fax: (206) 860-4187
E-mail: alyssa@smithandlowney.com,
richard@smithandlowney.com,
savannah@smithandlowney.com

CORPORATE DISCLOSURE STATEMENT - 2

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883