THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, | Case No. 3:20-cv-06042-RSM |
| Plaintiff, | |
| v. | STIPULATED MOTION FOR CONTINUANCE OF STATUS CONFERENCE AND DEADLINE FOR FILING ANSWER AND [PROPOSED] ORDER |
| CARLILE TRANSPORTATION SYSTEMS, LLC | |
| Defendant. | NOTE ON MOTION CALENDAR: December 15, 2020 |

## **STIPULATION**

This matter involves a Clean Water Act citizen suit brought under 33 U.S.C. § 1365 by Plaintiff Puget Soundkeeper Alliance ("Soundkeeper") against Carlile Transportation Systems, LLC ("Carlile"). Soundkeeper alleges Carlile committed numerous violations of its National Pollutant Discharge Elimination System (NPDES) Industrial Stormwater General Permit.

The parties are currently engaged in an informal exchange of information intended to assist the parties in earnest settlement negotiations. At this time, the parties believe that it will be more efficient to direct their resources towards settlement discussions without unnecessarily burdening the Court. For that reason, the parties request that the deadline for Carlile to file its

STIPULATED MOTION FOR CONTINUANCE
AND ORDER
Case No. 3:20-cv-06042 - 1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

answer be extended by six weeks and the deadlines for the Rule 26(f) conference, initial disclosures, and combined joint status report be extended by ten weeks.

RESPECTFULLY SUBMITTED this 15th day of December, 2020.

SMITH & LOWNEY, PLLC

By: *s/Alyssa Englebrecht*
Alyssa Englebrecht, WSBA #46773
Richard Smith, WSBA #21788
Savannah Rose, WSBA #57062
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2124
Fax: (206) 860-4187
E-mail: alyssa@smithandlowney.com,
richard@smithandlowney.com,
savannah@smithandlowney.com
*Attorneys for Plaintiff Puget Soundkeeper Alliance*

FOSTER GARVEY PC

By: *s/ Don Scaramstra*
Don Scaramastra, WSBA #21416
1111 Third Ave, Suite 3000
Seattle, WA 98101
Tel: (206) 816-1449
E-mail: don.scaramastra@foster.com
*Attorney for Defendant Carlile Transportation Systems, LLC*

STIPULATED MOTION FOR CONTINUANCE AND ORDER
Case No. 3:20-cv-06042 - 2

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

ORDER

This matter having come before the Court on the parties' Stipulated Motion for Continuance of Status Conference and Deadline for Filing Answer, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised on the matter, hereby finds and concludes that good cause exists to continue the deadline for filing an answer by six weeks and the deadlines for the Rule 26(f) conference, initial disclosures, and joint status report by ten weeks.

IT IS SO ORDERED

Dated this 16th day of December 2020.

                                                    RICARDO S. MARTINEZ
                                                  CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
**SMITH & LOWNEY, PLLC**
By: */s/ Alyssa Englebrecht*
Alyssa Englebrecht, WSBA No. 46773
Richard Smith, WSBA No. 21788
Attorneys for Plaintiff

STIPULATED MOTION FOR CONTINUANCE AND ORDER
Case No. 3:20-cv-06042 - 3

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883