HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLILE TRANSPORTATION SYSTEMS, LLC,<br><br>　　　　　Defendant. | NO. 3:20-cv-06042-RSM<br><br>**NOTICE OF APPEARANCE**<br><br>*(Clerk's Action Required)* |

TO:　　　　THE CLERK OF THE COURT;

AND TO:　　PUGET SOUNDKEEPER ALLIANCE and their attorneys, Richard A. Smith, Alyssa Englebrecht, and Savannah Rose of Smith & Lowney, PLLC:

　　　YOU AND EACH OF YOU will please take notice that defendants Carlile Transportation Systems, LLC hereby makes and enters their appearance in the above-entitled proceedings by and through their attorneys, FOSTER GARVEY PC and Donald Scaramastra, the undersigned, and directs and requests that all further papers and proceedings in said cause, except that of original process, be served upon said defendants by leaving a copy thereof with its attorney at the address below stated:

> Donald B. Scaramastra
> Foster Garvey PC
> 1111 Third Avenue, Suite 3000
> Seattle, WA 98101

NOTICE OF APPEARANCE - 1

FOSTER GARVEY PC
*1111 third avenue
suite 3000
seattle, washington 98101
(206) 447-4400*

FG:10647820.1

1   DATED this 8th day of January, 2021.

                                        FOSTER GARVEY PC

                                        By _____
                                           Donald B. Scaramastra, WSBA# 21416

NOTICE OF APPEARANCE - 2

FOSTER GARVEY PC
1111 third avenue
suite 3000
seattle, washington 98101
(206) 447-4400

FG:10647820.1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed with the Court using the Court's electronic case filing system, which will then electronically deliver a copy of the foregoing to the following counsel of record for Plaintiff:

Richard A. Smith
2317 E. John St.
Seattle, WA 98112
Email: richard@smithandlowney.com
Phone: (206) 860-2124

*s/ Elizabeth Gossman*
Elizabeth Gossman, Legal Assistant

NOTICE OF APPEARANCE - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700