HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE,

    Plaintiff,

    v.

CARLILE TRANSPORTATION SYSTEMS, LLC,

    Defendant.

NO. 3:20-cv-06042-RSM

**DEFENDANT CARLILE TRANSPORTATION SYSTEMS, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Carlile Transportation Systems, LLC is an Alaska limited liability company whose sole member is Saltchuk Logistics, LLC.  No public company or affiliate has any ownership interest in Carlile Transportation Systems, LLC.

DATED this 8th day of January, 2021.

FOSTER GARVEY PC

By _____
Donald B. Scaramastra, WSBA #21416

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing DEFENDANT CARLILE TRANSPORTATION SYSTEMS, LLC'S CORPORATE DISCLOSURE STATEMENT to be electronically filed with the Court using the Court's electronic case filing system, which will then electronically deliver a copy of the foregoing to the following counsel of record for Plaintiff:

> Richard A. Smith
> 2317 E. John St.
> Seattle, WA 98112
> Email: richard@smithandlowney.com
> Phone: (206) 860-2124

*s/ Elizabeth Gossman*
Elizabeth Gossman, Legal Assistant