HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE,

Plaintiff,

v.

CARLILE TRANSPORTATION SYSTEMS, LLC,

Defendant.

NO. 3:20-cv-06042-RSM

STIPULATED MOTION TO CONTINUE DEADLINES BY AN ADDITIONAL SIX WEEKS AND ORDER

NOTE ON MOTION CALENDAR: FEBRUARY 12, 2021

**Stipulated Motion**

This matter involves a Clean Water Act citizen suit brought under 33 U.S.C. § 1365 by Plaintiff Puget Soundkeeper Alliance against Carlile Transportation Systems, LLC. The Complaint alleges that Carlile committed numerous violations of its National Pollutant Discharge Elimination System Industrial Stormwater General Permit. Carlile has not yet answered the Complaint.

The parties have previously filed two stipulated motions (Dkt. 6 & Dkt. 10) to extend various deadlines, including the deadline for answering the Complaint, and the deadlines for the Rule 26(f) conference, initial disclosures, and joint status report The Court has granted both motions.

The parties are pleased to report that their discussions have significantly narrowed the areas of disagreement, with only a handful of issues yet to resolve.

STIPULATED MOTION TO CONTINUE DEADLINES BY AN ADDITIONAL SIX WEEKS AND ORDER - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG:11468458.2

1 While there are no guarantees, of course, the parties are modestly confident that
2 they can bridge these remaining issues within the next several weeks.

3      Rather than continue to trouble the Court with a series of more incremental
4 continuances to allow these discussions proceed apace and to bear fruit, the parties
5 agree that one final extension should be enough time to allow them either to report
6 a settlement to the Court, or report that settlement is not possible at this time.

7      Accordingly, the parties request that all current deadlines be delayed by an
8 additional six weeks, with deadline to answer the complaint extended until March
9 29, 2021, and deadlines for the Rule 26(f) conference, initial disclosures, and joint
10 status report extended until April 9, 2021.

11      RESPECTFULLY SUBMITTED this 12th day of February, 2021.

FOSTER GARVEY PC

By _____
Donald B. Scaramastra, WSBA# 21416
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Tel: (206) 816-1449
E-mail: don.scaramastra@foster.com
*Attorney for Defendant*

SMITH & LOWNEY, PLLC

By *s/Alyssa Englebrecht*
Alyssa Englebrecht, WSBA #46773
Richard Smith, WSBA #21788
Savannah Rose, WSBA #57062
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2124

STIPULATED MOTION TO CONTINUE DEADLINES
BY AN ADDITIONAL SIX WEEKS AND ORDER - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:11468458.2

Fax: (206) 860-4187
E-mail: alyssa@smithandlowney.com,
richard@smithandlowney.com,
savannah@smithandlowney.com
*Attorneys for Plaintiff Puget Soundkeeper Alliance*

## ORDER

This Matter having come before the Court on the parties' Stipulated Motion to Continue all Deadlines by an Additional Six Weeks, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised on the matter, hereby finds and concludes that good cause exists to continue all deadlines by an additional six weeks.

IT IS SO ORDERED this 16th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
FOSTER GARVEY PC

By:_____
Donald B. Scaramastra, WSBA# 21416
Attorneys for Defendant

STIPULATED MOTION TO CONTINUE DEADLINES BY AN ADDITIONAL SIX WEEKS AND ORDER - 3

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:11468458.2